# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF DELORES JACKSON AND ITS MEMBERS; DELORES JACKSON, <br><br>  Plaintiffs, <br> vs. <br> MARCOS MOUT d.b.a. RANCHOS MERCADOS; et al., <br>  Defendants. | CASE NO. 06cv2240 JM(LSP) <br><br> **ORDER GRANTING MOTION TO CONTINUE OSC HEARING DATE** |

For good cause shown, the court grants Plaintiffs' motion to continue and continues the OSC hearing date from March 1, 2007 to March 8, 2007 at 3:30 p.m. Plaintiff shall file a response to this court's January 11, 2007 OSC Order no later than February 23, 2007.

**IT IS SO ORDERED.**

DATED: February 16, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All Parties

06cv2240