# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS SUING ON BEHALF OF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON,<br><br>Plaintiff,<br><br>vs.<br><br>MARCOS MOUET d.b.a. RANCHOS MERCADOS, LTD; DOUGLAS ELLEENE C. DOUGLAS REVOCABLE TRUST,<br><br>Defendants. | CASE NO. 06cv2240 JM(LSP)<br><br>ORDER GRANTING MOTION FOR ENTRY OF PARTIAL JUDGMENT |

Defendant Marcos Mouet, d.b.a. Ranchos Mercados, Ltd., ("Mouet") moves for entry of partial judgment pursuant to Fed.R.Civ.P. 54(b). Plaintiffs do not oppose entry of partial judgment but do oppose Mouet's request for imposition of post-judgment interest at the rate of 8% from the date of entry of this judgment.

The court grants the motion for entry of partial judgment. Rule 54(b) permits entry of final judgment against some, but not all parties if the court certifies "that there is no just cause for delay" and expressly directs entry of judgment. Fed.R.Civ.P. 54(b). Here, there is no just cause to delay entry of judgment against Mouet because all issues against Mouet have been resolved, the dismissal of this defendant will not affect the

course of litigation against the remaining defendants, and entry of partial judgment will promote the speedy resolution of the case against Mouet.

As to the inclusion of interest, 28 U.S.C. §1961(a) provides that "[i]nterest shall be allowed on any money judgment in a civil case. . . ." Accordingly, the court grants post-judgment interest at the rate provided for by 28 U.S.C. §1961.

In sum, the court grants the motion for entry of partial judgment. The Clerk of Court is instructed to enter judgment in favor of Mouet and against Plaintiffs. The judgment shall also provide that "Defendant Mouet shall recover from the law firm of Pinnock and Wakefield LLC his costs in the action in the amount of $15,213, plus interest at the legal rate provided for by 28 U.S.C. §1961, calculated from the date of entry of partial judgment."

**IT IS SO ORDERED.**

DATED: May 18, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties