1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, *et al.*,<br><br>                     Plaintiffs,<br>    v.<br><br>DOUGLAS, ELLCENE C.; DOUGLAS REVOCABLE TRUST, *et al.,*<br><br>                     Defendants. | Case No. 06-CV-02240-JM(LSP)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE ALL DEFENDANTS AND AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY** |
|---|---|

Pursuant to the parties' Joint Motion to Dismiss All Defendants (Docket No. 59),

IT IS HEREBY ORDERED that all defendants are dismissed with prejudice from plaintiffs' complaint; and plaintiffs' complaint is dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

DATED:   June 29, 2007.

                                                Hon. Jeffrey T. Miller
                                                United States District Judge

cc: All Parties

06CV2204